# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**TERRILL LAMAR JENKINS,**

    Petitioner,

v.                                                 Case No. 3:21cv298-MCR/MAF

**STATE OF FLORIDA,**

    Respondent.

_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge. ECF No. 17. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). Pursuant to the Court's January 18, 2023 Order (ECF No. 21), the December 8, 2022 Order adopting Report and Recommendation was vacated and Petitioner was granted additional time file objections to the Report and Recommendation. I have made a *de novo* determination of Petitioner's Objection filed February 9, 2023.

Having considered the Report and Recommendation, and all timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 17, is adopted and incorporated by reference in this order.

2. The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 5th day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**